John F. Kurtz, Jr., ISB No. 2396
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208.954.5232
Email: jkurtz@hawleytroxell.com

Attorneys for Bank of America Corporation and
Bank of America, N.A.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re:<br>KINGSTON, DAVID ORVILLE,<br><br>             Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION a/k/a BANK OF AMERICA, N.A., successor by merger to BAC Home Loans Servicing, L.P. f/k/a Countrywide Home Loans Servicing, LP, successor to Countrywide Home Loans, Inc.; FEDERAL NATIONAL MORTGAGE ASSOCIATION (FNMA) a/k/a Fannie Mae, a federally chartered corporation; SETERUS, INC., a Delaware corporation; BUNGALOW SERIES F TRUST, a Delaware statutory trust; U.S. BANK TRUST, NATIONAL ASSOCIATION, a subsidiary of U.S. Bancorp a/k/a U.S. Bank, National Association, a Delaware corporation, as trustee for Bungalow Series F Trust;<br><br>             Defendants. | Case No. 11-40128 JDP<br><br>Chapter 11<br><br>Adversary Case No. 18-08045 JDP |
|---|---|

NOTICE OF SERVICE - 1

## NOTICE OF SERVICE

Defendants Bank of America and Bank of America , N.A., by their counsel, hereby give notice that (1) Defendant Bank Of America, N.A.'S First Set Of Interrogatories To Plaintiff David Orville Kingston, and (2) Defendant Bank Of America, N.A.'S First Set Of Requests For Production To Plaintiff David Orville Kingston were duly served on the parties or counsel indicated on the Certificate of Service, via e-mail, on May 29, 2020.

DATED THIS 29th day of May, 2020.

                        HAWLEY TROXELL ENNIS & HAWLEY LLP

                        By */s/ John F. Kurtz, Jr.*
                           John F. Kurtz, Jr., ISB No. ISB No. 2396
                           Attorneys for Bank of America Corporation and
                           Bank of America, N.A.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of May, 2020, I electronically filed the foregoing NOTICE OF SERVICE with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

**Lesley Bohleber** on behalf of Defendants Nationstar Mortgage LLC, Successor by Merger to Seterus, Inc.; Seterus, Inc.
Email: ecfidb@aldridgepite.com

**Heidi Buck Morrison** on behalf of Defendants Bungalow Series F. Trust; U.S. Bank Trust, National Association, a subsidiary of U.S. Bancorp
Email: heidi@racineolson.com

**Stephen Kent Madsen** on behalf of Plaintiff David Orville Kingston
Email: smadsen@maynestaggart.com

**Robert J. Maynes** on behalf of Plaintiff David Orville Kingston
Email: myneslaw@hotmail.com

/s/ John F. Kurtz, Jr.
John F. Kurtz, Jr.