John F. Kurtz, Jr., ISB No. 2396
KURTZ LAW PLLC
910 W. Main Street, Suite 364
Boise, Idaho 83702
Phone: 208.287.8125
Facsimile: 208.287.8130
Email: jfk@kurtzlawllc.com

*Attorneys for Bank of America, N.A.,*
*BofA Merrill Lynch Asset Holdings, Inc.,*
*Federal National Mortgage Association,*
*and FNMAACT/ACT InvestorBlock 313*
*FNMA MBS Pool Number 431614*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>KINGSTON, DAVID ORVILLE,<br><br>    Debtor. | Case No. 11-40128-JMM<br>Chapter 11 |
| DAVID ORVILLE KINGSTON,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, N.A., successor by merger to BAC Home Loans Servicing, L.P. f/k/a Countrywide Home Loans Servicing, LP, successor to Countrywide Home Loans,Inc.; BofA MERRILL LYNCH ASSET HOLDINGS, INC., a Delaware corporation;VENTURES TRUST 2013 I-H-R, a Delaware trust; MCM CAPITAL PARTNERS, LLC, a Delaware limited liability company as trustee for Ventures Trust 2013-I-H-R, a Delaware trust; MCMCAPITAL PARTNERS, LLC, a Maryland limited liability company as trustee for Ventures Trust 2013-I-H-R, a Delaware trust;WILMINGTON SAVINGS | Adversary Case No. 18-08043-JMM<br><br>**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON THEIR AFFIRMATIVE DEFENSES FOR (I) STATUTE OF LIMITATIONS AND (II) PREEMPTION** |

FUND SOCIETY, FSB, d/b/a Christiana
Trust Company of Delaware, not
individually but as trustee for Ventures
Trust 2013-I-H-R, a Delaware Trust; FAY
SERVICING, LLC, a Delaware limited
liability company; SERVISONE, INC., a
Delaware corporation, d/b/a BSI Financial
Services; BSI FINANCIAL SERVICES,
INC., a Pennsylvania corporation; DOES
1–10, unknown business entities; AND
DOES 11–20 unknown individuals,

       Defendants.

---

DAVID ORVILLE KINGSTON,

       Plaintiff,

       v.

BANK OF AMERICA, N.A., successor by
merger to BAC Home Loans Servicing,
L.P.f/k/a Countrywide Home Loans
Servicing, LP, successor to Countrywide
Home Loans,Inc.; FNMAACT/ACT
InvestorBlock 313 FNMA MBS Pool
Number 431614; FEDERAL NATIONAL
MORTGAGE ASSOCIATION (FNMA)
a/k/a Fannie Mae,a Federally chartered
corporation; DOES 1– 10, unknown
business entities; and DOES 11–20,
unknown individuals,

       Defendants.

| | |
|---|---|
| Adversary Case No. 18-08044-JMM | |

**DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT ON THEIR
AFFIRMATIVE DEFENSES FOR (I)
STATUTE OF LIMITATIONS AND (II)
PREEMPTION**

---

DAVID ORVILLE KINGSTON,

       Plaintiff,

       v.

BANK OF AMERICA, N.A., successor by
merger to BAC Home Loans Servicing, L.P.
f/k/a Countrywide Home Loans Servicing,

Adversary Case No. 18-08045-JMM

**DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT ON THEIR
AFFIRMATIVE DEFENSES FOR (I)**

---

MOTION FOR SUMMARY JUDGMENT

LP, successor to Countrywide Home Loans, Inc.; FEDERAL NATIONAL MORTGAGE ASSOCIATION (FNMA) a/k/a Fannie Mae,a Federally chartered corporation; SETERUS, INC. a Delaware corporation; BUNGALOW SERIES F TRUST, a Delaware statutory trust; U.S. BANK TRUST, NATIONAL ASSOCIATION a subsidiary of U.S. Bancorp a/k/a U.S. Bank, National Association, a Delaware corporation, as trustee for Bungalow Series FTrust; DOES 1–10, unknown business entities; and DOES 11–20 unknown individuals,

       Defendants.

| | |
|---|---|
| DAVID ORVILLE KINGSTON,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, N.A., successor by merger to BAC Home Loans Servicing, L.P. f/k/a Countrywide Home Loans Servicing, LP, successor to Countrywide Home Loans, Inc.; PROF-2013-S3 LEGAL TITLE TRUST, by U.S. Bank National Association,as Legal Title Trustee; RUSHMORE LOAN MANAGEMENT SERVICES, LLC a Delaware limited liability company; PRETIUM MORTGAGE ACQUISITION TRUST, a Delaware statutory trust; WILMINGTON SAVINGS FUND SOCIETY, FSB, d/b/a Christiana Trust Company of Delaware, not individually but as trustee for Pretium Mortgage Acquisition Trust, a Delaware statutory trust; FAY SERVICING, LLC, a Delaware limited liability company; DOES 1–10, unknown business entities; and DOES 11–20 unknown individuals,<br><br>       Defendants. | **STATUTE OF LIMITATIONS AND (II) PREEMPTION**<br><br><br>Adversary Case No. 19-08001-JMM<br><br>**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON THEIR AFFIRMATIVE DEFENSES FOR (I) STATUTE OF LIMITATIONS AND (II) PREEMPTION** |

MOTION FOR SUMMARY JUDGMENT

DAVID ORVILLE KINGSTON,

    Plaintiff,

    v.

BANK OF AMERICA, N.A., successor by merger to BAC Home Loans Servicing, L.P. f/k/a Countrywide Home Loans Servicing, LP, successor to Countrywide Home Loans, Inc.; BOFA MERRILL LYNCH ASSET HOLDINGS, INC., a Delaware corporation; VENTURES TRUST 2013 I–H–R, a Delaware trust; MCM CAPITAL PARTNERS, LLC, a Delaware limited liability company as trustee for Ventures Trust 2013-I-H-R, a Delaware trust; MCM CAPITAL PARTNERS, LLC, a Maryland limited liability company as trustee for Ventures Trust 2013-I-H-R, a Delaware trust; Fay Servicing LLC, a Delaware limited liability company; SERVIS ONE, INC., a Delaware corporation, d/b/a BSI Financial Services; BSI FINANCIAL SERVICES, INC., a Pennsylvania corporation; PROF-2013-S3 LEGAL TITLE TRUST, a Delaware trust; U.S. BANK TRUST, NATIONAL ASSOCIATION, a subsidiary of U.S. Bancorp a/k/a U.S. Bank, National Association, trustee for Prof-2013-S3 Legal Title Trust; DOES 1–10, unknown business entities, and DOES 11–20 unknown individuals,

    Defendants.

Adversary Case No. 19-08002-JMM

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON THEIR AFFIRMATIVE DEFENSES FOR (I) STATUTE OF LIMITATIONS AND (II) PREEMPTION**

---

DAVID ORVILLE KINGSTON,

    Plaintiff,

    v.

BANK OF AMERICA, N.A., successor by merger to BAC Home Loans Servicing,

Adversary Case No. 19-08003-JMM

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON THEIR**

| | |
|---|---|
| L.P.f/k/a Countrywide Home Loans Servicing, LP, successor to Countrywide Home Loans,Inc.; BofA MERRILL LYNCH ASSET HOLDINGS, INC., a Delaware corporation; FAY SERVICING, LLC, a Delaware limitedliability company; LSF9 MASTER PARTICIPATION TRUST, a Delaware trust; U.S. BANK TRUST, NATIONAL ASSOCIATION, a subsidiary of U.S. Bancorp a/k/a U.S. Bank, National Association, trustee for LSF9 Master Participation Trust; CALIBER HOME LOANS, INC., a Delaware corporation; CMLTI ASSET TRUST, a Delaware trust;CITIBANK, N.A. a Delaware corporation,trustee for CMLTI Asset Trust; DOES 1–10, unknown business entities; AND DOES 11–20 unknown individuals,<br><br>    Defendants. | **AFFIRMATIVE DEFENSES FOR (I) STATUTE OF LIMITATIONS AND (II) PREEMPTION** |
| DAVID ORVILLE KINGSTON,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, N.A., successor by merger to BAC Home Loans Servicing, L.P.f/k/a Countrywide Home Loans Servicing, LP, successor to Countrywide Home Loans,Inc.; WILMINGTON SAVINGS FUND SOCIETY, FSB, d/b/a Christiana Trust Company of Delaware, not individually butas trustee for Hilldale Trust; CHRISTIANATRUST COMPANY OF DELAWARE, a Delaware corporation; HILLDALE TRUST, a Delaware trust; FAY SERVICING, LLC, aDelaware limited liability company; SERVISONE, INC., a Delaware corporation, d/b/a BSI Financial Services; BSI FINANCIAL SERVICES, INC., a Pennsylvania corporation; DOES 1–10, unknown | Adversary Case No. 19-08004-JMM<br><br>**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON THEIR AFFIRMATIVE DEFENSES FOR (I) STATUTE OF LIMITATIONS AND (II) PREEMPTION** |

business entities; AND DOES 11–20
unknown individuals,

      Defendants.

---

DAVID ORVILLE KINGSTON,

      Plaintiff,

      v.

BANK OF AMERICA, N.A., successor by
merger to BAC Home Loans Servicing, L.P.
f/k/a Countrywide Home Loans Servicing,
LP, successor to Countrywide Home Loans,
Inc.; SETERUS, INC., a Delaware
corporation; BUNGALOW SERIES F
TRUST, a Delaware trust; U.S. BANK
TRUST, NATIONAL ASSOCIATION, a
subsidiary of U.S. Bancorp a/k/a U.S. Bank,
National Association, a Delaware
corporation, as trustee for Bungalow Series
F Trust; FEDERAL NATIONAL
MORTGAGE ASSOCIATION (FNMA)
a/k/a Fannie Mae, a Federally chartered
corporation; DOES 1–10, unknown
businessentities; and DOES 11–20
unknown individuals,

      Defendants.

Adversary Case No. 19-08005-JMM

**DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT ON THEIR
AFFIRMATIVE DEFENSES FOR (I)
STATUTE OF LIMITATIONS AND (II)
PREEMPTION**

---

DAVID ORVILLE KINGSTON,

      Plaintiff,

      v.

BANK OF AMERICA, N.A., successor by
merger to BAC Home Loans Servicing,
L.P.f/k/a Countrywide Home Loans
Servicing, LP, successor to Countrywide
Home Loans,Inc.; SETERUS, INC. a
Delaware corporation; BUNGALOW
SERIES F TRUST, a Delaware trust; U.S.

Adversary Case No. 19-08006-JMM

**DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT ON THEIR
AFFIRMATIVE DEFENSES FOR (I)
STATUTE OF LIMITATIONS AND (II)
PREEMPTION**

BANK TRUST, NATIONAL
ASSOCIATION, a subsidiary of U.S.
Bancorp a/k/a U.S. Bank, National
Association, a Delaware corporation, as
trustee for Bungalow Series FTrust;
SERVIS ONE, INC., a Delaware
corporation; d/b/a BSI Financial services;
BSI FINANCIAL SERVICES, INC., a
Pennsylvania corporation; FEDERAL
NATIONAL MORTGAGE ASSOCIATION
(FNMA) a/k/a Fannie Mae, a Federally
chartered corporation; DOES 1–10,
unknown business entities; and DOES 11–
20 unknown individuals,

     Defendants.

---

DAVID ORVILLE KINGSTON,

     Plaintiff,

     v.

BANK OF AMERICA, N.A., successor by
merger to BAC Home Loans Servicing,
L.P. /k/a Countrywide Home Loans
Servicing, LP, successor to Countrywide
Home Loans,Inc.; BOFA MERRILL
LYNCH ASSET HOLDINGS, INC., a
Delaware corporation; FAY SERVICING,
LLC, a Delaware limitedliability company;
DOES 1–10, unknown business entities;
AND DOES 11–20 unknown individuals,

     Defendants.

Adversary Case No. 19-08007-JMM

**DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT ON THEIR
AFFIRMATIVE DEFENSES FOR (I)
STATUTE OF LIMITATIONS AND (II)
PREEMPTION**

MOTION FOR SUMMARY JUDGMENT

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
ON THEIR AFFIRMATIVE DEFENSES FOR
<u>(I) STATUTE OF LIMITATIONS AND (II) PREEMPTION</u>**

Bank of America, N.A. ("<u>BANA</u>"), Federal National Mortgage Association, FNMAACT/ACT InvestorBlock 313 FNMA MBS Pool Number 431614 (together "<u>Fannie Mae</u>"), and BofA Merrill Lynch Asset Holdings, Inc. ("<u>Merrill Lynch</u>") (collectively, the "<u>Defendants</u>"), by and through the undersigned counsel, Kurtz Law Firm, hereby files this *Motion for Summary Judgment on Their Affirmative Defenses for (I) Statute of Limitations and (II) Preemption* pursuant to Fed. R. Civ. P. 56, Fed. R. Bankr. P. 7056, and LBR 7056.1.

Plaintiff and debtor, David Orville Kingston (the "<u>Debtor</u>") alleges a breach of contract claim in his Second Amended Complaint (the "<u>SAC</u>"). However, there is no genuine dispute of material fact that Kingston's action is barred by the statute of limitation and is otherwise preempted by the Federal Credit Reporting Act, and the Defendants are entitled to summary judgment as a matter of law.

This Motion is supported by the *Memorandum in Support of Defendants' Motion for Summary Judgment on Their Affirmative Defenses for (I) Statute of Limitations and (II) Preemption*; the *Declaration of Ryan Dansby in Support of Defendants' Motion for Summary Judgment on their Affirmative Defenses for (I) Statute of Limitations and (II) Preemption*; the *Declaration of John F. Kurtz, Jr. in Support of Defendants' Motion for Summary Judgment on their Affirmative Defenses for (I) Statute of Limitations and (II) Preemption*; and the *Defendants' Statement of Undisputed Material Facts in Support of Motion for Summary Judgment on Their Affirmative Defenses for (I) Statute of Limitations and (II) Preemption*.

WHEREFORE, the Defendants respectfully request the entry of an order dismissing all

claims and granting summary judgment in favor of the Defendants, including awarding reasonable

fees and costs subject to proof.

**ORAL ARGUMENT IS REQUESTED.**

Dated:  June 28, 2021.

/s/  John F. Kurtz, Jr.
John F. Kurtz, Jr.

*Attorneys for Bank of America, N.A.,*
*BofA Merrill Lynch Asset Holdings, Inc.,*
*Federal National Mortgage Association,*
*and FNMAACT/ACT InvestorBlock 313*
*FNMA MBS Pool Number 431614*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 28, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Richard C. Boardman
**PERKINS COIE LLP**
RBoardman@perkinscoie.com

Aaron R. Goldstein
**PERKINS COIE LLP**
Email: AGoldstein@perkinscoie.com

*Attorneys for Defendants*
*Caliber Home Loans, Inc. and U.S. Bank*
*Trust, N.A., as Trustee for LSF9 Master*
*Participation Trust (erroneously also sued as*
*LSF9 Master Participation Trust)*

Randall A. Peterman
**Givens Pursley LLP**
Email: rap@givenspursley.com

James Bailey
**Bradley Arant Boult Cummings LLP**
Email: jbailey@bradley.com

*Attorneys for Defendant Fay Servicing, LLC*

Stephen K. Madsen
**Maynes Taggart PLLC**
Email:  smadsen@maynestaggart.com

*Attorneys for Plaintiff David Orville Kingston*